ENA KUNZER v. EDWARD J. KUNZER.— Motion for leave to appeal to the Court of Appeals or for reargument and resettlement in all respects denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ. [See *ante*, p. 792.]

In the Matter of BRESWICK & COMPANY, Respondent, against GREATER NEW YORK INDUSTRIES, INC., et al., Appellants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ. [See *ante*, p. 859.]

ANNA BERMANN v. FRED S. BERMANN.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *ante*, p. 778.]

FRED W. HOCH ASSOCIATES, INC., v. WESTERN NEWSPAPER UNION, INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ. [See *ante*, p. 786.]

In the Matter of the Arbitration between POLLY PRENTISS, INC., Appellant, and UNITED STATES RUBBER COMPANY et al., Respondents.— Motion for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan and Botein, JJ. [See *ante*, p. 706.]

(May 13, 1954.)

LOUIS YAEGER et al., Respondents, v. ELLIOT S. PHILLIPS et al., Respondents. BLANCA LEISNER, Appellant.— Motion to dismiss appeal granted, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.